John Mann, *Pro Se Defendant*
775 Spanish Dr.
Las Vegas, NV 89110
(702) 375-0631
Email: jwmann2016@gmail.com

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
SEP - 8 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| The Bank of New York Mellon f/k/a The Bank of New York as trustee for Nationstar Home Equity Loan Trust 2007-C, its successors and/or assigns,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>John W. Mann and DOE Occupants I through X, inclusive,<br><br>　　　　　　　　ProSe Defendant, | Case No.: 2:16-cv-01895-GMN-CWH<br><br>**MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

**TO: HONORABLE JUDGE AND CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF'S MOTION FOR 14-DAY EXTENSION OF TIME TO FILE JOINT STATUS REPORT - (First Request) -**

### MEMORANDUM OF POINTS AND AUTHORITIES

1. On August 12, 2016 a Minutes Order was filed [Doc. #2], ordering Joint Status Report due by September 11, 2016, Sunday (Defendant is pro-se and has not yet been approved by the court to electronically e-file, allowing for filings on weekends).

2. On August 19, 2016, another Minutes Order was filed [Doc. #3] ordering both parties to submit a response regarding the removed action. The deadline for the responses was set to September 2, 2016. Due to the fact that this deadline was closer than the prior order deadlines, priority was put on the filings of the response to the second minute order. This leaves, 5

1

weekdays for parties to get together, collaborate agree on dates and content, and have the report filed in court.

Plaintiff respectfully moves this Court to extend the time for filing this Joint Status Report. Plaintiff's request for motion to extend time is 14 days pursuant to **LR 6-1(b)** regarding extension of time, first request. For reasons set forth below:

    a. Defendant Mann is pro se and is also a Pro Se Plaintiff in another open related case, filing responses and pleadings to 3 other Defendants, (The Plaintiff in this case is one of the 4 Co-Defendants). Defendant Mann has no attorney or team to aid him in filings all necessary responses and pleadings and is in need of an extension to collaborate with Plaintiff to file this ordered Joint Status Report. Plaintiff does not have access to a large staff to handle his ordinary business, let alone the extraordinary demands of litigation. Personal resources have been carefully budgeted to assure Defendant's orderly and timely involvement with this case.

    b. Defendant believes that a **14-Day** extension of time to **September 23, 2016** would be sufficient to collaborate with Plaintiff, and filing the Joint Status Report. This is Defendant's first request for an extension in this case.

    d. Plaintiff will not be prejudiced by an extension of time to file the joint status report, due to the fact that all parties need this extension to collaborate together and file said report.

    WHEREFORE, Defendant moves this Court for an Order extending the time for filing the required Joint Status Report.

**Dated:** September 6, 2016

Respectfully Submitted,

_____
John Mann, *Pro Se Defendant*

IT IS SO ORDERED.

DATED: September 9, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that I cause to be placed a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** in the United States Mail, with first-class postage prepaid, addressed on each party to the above proceedings or that party's counsel last known E-mail, and on every other person required to be served.

_____
John Mann, *Pro Se Defendant*