LAUREL I. HANDLEY (NV Bar # 009576)
JORY C. GARABEDIAN (NV Bar # 10352)
Aldridge | Pite, LLP
520 South 4th Street
Suite 360
Las Vegas, NV 89101
E-Mail: lhandley@aldridgepite.com
E-Mail: jgarabedian@aldridgepite.com

Attorneys for Plaintiff THE BANK OF NEW YORK MELLON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-C, its successors and/or assigns,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. MANN, AND DOES OCCUPANTS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-CV-01895-GMN-CWH<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND SUBSTITUTE ATTORNEY WITHIN FIRM** |

COMES NOW Plaintiff BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-C, its successors and/or assigns, ("Plaintiff") by and through its attorneys of record, LAUREL I. HANDLEY, ESQ. and JORY C. GARABEDIAN, ESQ. of ALDRIDGE PITE, LLP, and moves this Court to remove Krista Nielson and Rebecca P. Kern as counsel for Plaintiff and substitute Jory C. Garabedian as attorney in their place.

/././

///

---

MOTION TO SUBSTITUTE COUNSEL
WITHIN FIRM

- 1 -

1  The attorneys of record for Plaintiff have been Krista Nielson, Rebecca P. Kern, Esq. and
2  Laurel I. Handley, Esq. However, Ms. Nielson and Ms. Kern is no longer affiliated with the firm
3  of Aldridge Pite, LLP. The law firm of Aldridge Pite, LLP and Laurel I. Handley, Esq. will
4  continue to represent Plaintiff in the current action. Consequently, Jory C. Garabedian, Esq. will
5  be substituted in place of Ms. Nielson and Ms. Kern, working with Laurel I. Handley, Esq. with
6  regard to the representation of Plaintiff.
7  Dated this 22nd day of December, 2016.

8  ALDRIDGE PITE, LLP

10  /s/ Laurel I. Handley
11  LAUREL I. HANDLEY
   JORY C. GARABEDIAN
12  Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: December 28, 2016

_____
C.W. HOFFMAN, JR
UNITED STATES MAGISTRATE JUDGE

MOTION TO SUBSTITUTE COUNSEL
WITHIN FIRM                                       - 2 -