# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON CORP.,

        Plaintiff,

vs.

JOHN W. MANN,

        Defendant.

Case No.: 2:16-cv-01895-GMN-CWH

**ORDER**

Pending before the Court is the Motion to Consolidate, (ECF No. 32), and Motion to Withdraw the Motion to Consolidate, (ECF No. 33), filed by Defendant John W. Mann ("Defendant"). Based on Defendant's statement that the Motion to Consolidate was filed in error, (*see* Mot. to Withdraw 1:19), **IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw the Motion to Consolidate, (ECF No. 33), is **GRANTED**.

**DATED** this __30__ day of August, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge